

## MOTION DOCKET

**92–2479.** Harkcom v. Ohio Power Co. *Stark County,* No. CA–8714. On motion for post-judgment interest. Motion granted and post-judgment interest allowed from the date of our entry of February 16, 1994; cause remanded to the trial court to make the computations.

MOYER, C.J., dissents.

**93–241.** Brennaman v. R.M.I. Co. *Ashtabula County,* Nos. 92–A–1689 and 92–A–1690. On motion to consolidate with 93–2066, *Cyrus v. Westinghouse Elec. Corp.,* Lorain County, No. 92CA005527. Motion denied.

WRIGHT, J., dissents.

**93–473.** State ex rel. Hillyer v. Tuscarawas Cty. Bd. of Commrs. *Tuscarawas County,* No. 92AP090064. On request for oral argument. Request denied.

**93–634.** State ex rel. Hillyer v. Tuscarawas Cty. Bd. of Commrs. *Tuscarawas County,* No. 92AP090064. On request for oral argument. Request denied.

**93–646.** Leber v. Smith. *Erie County,* No. E–87–43. On motion to strike appellee's reply brief. Motion denied.

F.E. SWEENEY, J., dissents.

RESNICK, J., not participating.

**93–1165.** Wilkinson v. Maurer. *Franklin County,* Nos. 92AP–674, 92AP–675, 92AP–677 *et seq.* On motion for leave to exceed page limit. Motion granted.

WRIGHT and RESNICK, JJ., dissent.

PFEIFER, J., not participating.